court. *(People v Sullivan,* 28 NY2d 900.) If we were not dismissing the appeal on this ground, we would dismiss on the ground that the appeal is moot, since relator is no longer in the custody of the State. *(People ex rel. Hall v Casscles,* 38 NY2d 1006.) Concur—Sullivan, J. P., Milonas, Kupferman, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN FELDER, True Name FELDER STEPHEN, Appellant.— Judgment, Supreme Court, New York County (Jeffrey Atlas, J., at plea and sentence), rendered June 1, 1988, convicting defendant upon his plea of guilty of attempted robbery in the first degree and sentencing defendant to an indeterminate term of imprisonment of from 3 to 6 years, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that court and by submitting such application to the Clerk of that court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Carro, Milonas, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYDIA DELGADO, Appellant.—Judgment, Supreme Court, New York County (Bernard Fried, J., at plea and sentence), rendered March 21, 1990, convicting defendant upon her plea of guilty of criminal sale of a controlled substance in the fifth degree and sentencing defendant to a term of imprisonment of from 2 to 4 years, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply